IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

     Plaintiff,

                                           Case No.  20-cv-962-wmc

  v.

ACCOUNTANT FOR TREASURY and
TREASURER FINANCIAL
ACCOUNTING SERVICES,

     Defendants.

## JUDGMENT IN A CIVIL CASE

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| | |
|---|---|
| /s/ | 5/14/2021 |
| Peter Oppeneer, Clerk of Court | Date |